UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KATHY SULLIVAN,
          Plaintiff(s),

v.

AETNA LIFE INSURANCE COMPANY, et al.
          Defendant(s).

C-06-1994-JF
CASE NO. 5:~~06-CV-10994~~ JF (HRL)

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☒ Private ADR (*please identify process and provider*) Private Mediation

Vivian Williamson

The parties agree to hold the ADR session by:
- ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☐ other requested deadline _____

Dated: September 8, 2006          /s/ Charles Perkins
                                        Attorney for Plaintiff

Dated: September 8, 2006          /s/ Lisa K. Garner
                                        Attorney for Defendant

American LegalNet, Inc.
www.USCourtForms.com

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 9/12/06

_____
UNITED STATES JUDGE
Jeremy Fogel

American LegalNet, Inc.
www.USCourtForms.com

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On September 11, 2006, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

> Charles B. Perkins, Esq.
> FLYNN ROSE & PERKINS
> 59 N. Santa Cruz Avenue, Suite Q
> Los Gatos, CA 95030
> Tel: (408) 399-4566
> ***Attorneys for Plaintiff***

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 11, 2006, at Los Angeles, California.

/s/ Woody Doolittle
Woody Doolittle