**E-filed 9/26/06**

1

CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS

2

59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030

3

(408) 399-4566
Email: cbperk@earthlink.net

4

5

Attorney for Plaintiff
KATHY SULLIVAN

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

12

KATHY SULLIVAN,                              )   Case No.  C06-01994 JF HRL
                                             )
13                     Plaintiff,            )
                                             )   STIPULATION AND [~~PROPOSED~~] ORDER
14       vs.                                 )   TO CONTINUE CASE MANAGEMENT
                                             )   CONFERENCE
15       AETNA LIFE INSURANCE COMPANY,       )
         APPLE COMPUTER, INC., LONG TERM     )   Date:              October 27, 2006
16       DISABILITY PLAN,                    )   Time:              10:30 a.m.
                                             )   Proposed Date:     December 15, 2006
17                     Defendants.           )
                                             )
18                                           )
                                             )
19       _____    )

20       WHEREAS, this matter is currently set for an Initial Case Management Conference on

21       October 27, 2006 and the parties have agreed to a private mediation before Vivien Williamson, Esq.

22       to occur on November 27, 2006;

23       THEREFORE, the parties believe that, in the interest of efficiency and avoiding potentially

24       unnecessary expenses, the Initial Case Management Conference should be continued until

25       December 15, 2006, or some other reasonable time following the mediation on November 27, 2006.

26       IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their

27       respective counsel of record, that the Initial Case Management Conference, currently scheduled for

28

1    October 27, 2006 at 10:30 a.m. be continued to December 15, 2006, or some other convenient date

2    following the scheduled mediation on November 27, 2006.

3        IT IS SO STIPULATED.

4

5        DATE: September 15, 2006                FLYNN, ROSE & PERKINS

6

7                                         By____/s/ Charles B. Perkins___
                                              CHARLES B. PERKINS
8                                             Attorneys for Plaintiff

9

10       DATE:_____                       GORDON & REES, LLP
11

12                                        By_____
13                                            LISA K. GARNER
                                              Attorneys for Defendants
14

15                               **<u>ORDER</u>**
16        IT IS HEREBY ORDERED that the Initial Case Management Conference, currently

17   scheduled for October 27, 2006 is continued to ____12/15/06_____.  The parties are directed
18   to file a Case Management Conference Statement one week prior to the Initial Case Management

19   Conference.
20
21        IT IS SO ORDERED.

22        DATE:__9/21/06____

23                                          _____
                                            JUDGE JEREMY FOGEL
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.  C06-01994 JF HRL