CHARLES B. PERKINS  #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
(408) 399-6683 - Fax
Email: cbperk@earthlink.net

Attorneys for Plaintiff KATHY SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY SULLIVAN,<br><br>      Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, APPLE COMPUTER, INC., LONG TERM DISABILITY PLAN,<br><br>      Defendants. | Case No. C06-01994 JF (HRL)<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE MOTION FOR ATTORNEY'S FEES<br><br>Judge:    Hon. Jeremy Fogel |

WHEREAS, on March 26, 2008, the court filed its judgment in favor of Plaintiff;

WHEREAS, Plaintiff intends to file a motion for attorney's fees pursuant to *29 USC §1132(g)* and *FRCP 54(d)(2)(B)*;

WHEREAS, the parties are discussing an overall resolution of this matter which would eliminate the need for Plaintiff to file a Motion for Attorney's Fees;

/////

/////

/////

1  THEREFORE, the parties, by their attorneys of record, hereby stipulate that Plaintiff's time
2  to file a Motion for Attorney's Fees is hereby extended to April 30, 2008.
3  IT IS SO STIPULATED:
4
5  DATE: April 1, 2008               FLYNN, ROSE & PERKINS
6
7                                    By _____
                                      CHARLES B. PERKINS
8                                     Attorneys for Plaintiff
9
10 DATE: April 1, 2008               GORDON & REES
11
12                                    By _____
                                      RONALD K. ALBERTS
13                                    Attorneys for Aetna Life Insurance Co.

## ORDER

Having considered the Stipulation of the parties, and good cause appearing, it is hereby ordered that Plaintiff's Motion for Attorney's Fees and Costs shall be timely if filed on or before April 30, 2008.

IT IS SO ORDERED

DATE: 4/8/08

_____
HONORABLE JEREMY FOGEL

Page 2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE MOTION FOR ATTORNEY'S FEES
CASE NO. C06-01994 JF HRL