CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
(408) 399-6683 - Fax
Email: cbperk@earthlink.net

Attorneys for Plaintiff KATHY SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY SULLIVAN, | Case No. C06-01994 JF (HRL) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE MOTION FOR ATTORNEY'S FEES |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, APPLE COMPUTER, INC., LONG TERM DISABILITY PLAN, | Judge: Hon. Jeremy Fogel |
| Defendants. | |

WHEREAS, on March 26, 2008, the court filed its judgment in favor of Plaintiff;

WHEREAS, Plaintiff intends to file a motion for attorney's fees pursuant to *29 USC §1132(g)* and *FRCP 54(d)(2)(B)*;

WHEREAS, the parties are discussing an overall resolution of this matter which would eliminate the need for Plaintiff to file a Motion for Attorney's Fees;

/////

/////

/////

1  THEREFORE, the parties, by their attorneys of record, hereby stipulate that Plaintiff's time
2  to file a Motion for Attorney's Fees is hereby extended to April 30, 2008.
3  IT IS SO STIPULATED:
4
5  DATE: April 1, 2008                    FLYNN, ROSE & PERKINS
6
7                                         By _____
                                           CHARLES B. PERKINS
8                                          Attorneys for Plaintiff
9
10 DATE: April 1, 2008                    GORDON & REES
11
12                                         By _____
                                           RONALD K. ALBERTS
13                                         Attorneys for Aetna Life Insurance Co.

14                          ORDER
15      Having considered the Stipulation of the parties, and good cause appearing, it is hereby
16 ordered that Plaintiff's Motion for Attorney's Fees and Costs shall be timely if filed on or before
17 April 30, 2008.
   IT IS SO ORDERED
18
19 DATE: 4/8/08
20                                         HONORABLE JEREMY FOGEL
21
22
23
24
25
26
27
28